**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:21-CV-00561-DJH-CHL**

**PAWEL M. KOZLOWSKI,**                                                                                              **Plaintiff,**

**v.**

**UNIVERSITY OF LOUISVILLE,**                                                                                **Defendant.**

## ORDER

The undersigned held a telephonic status conference in this matter on December 14, 2023. Participating were the following:

    FOR PLAINTIFF:       Taylor Ferguson

    FOR DEFENDANT:     Randall Strause

The undersigned conducted this conference to discuss the scheduling order.  The Parties were informed that the current trial date of March 12, 2024 is to be rescheduled due to changes in the Court's calendar.  The undersigned offered his availability to conduct the trial on the current date in lieu of the District Judge if the Parties preferred to not reschedule and consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).  The undersigned requested that the Parties not state their preference during the conference and instead confer privately before reporting to the Court on how they wish to proceed.

The undersigned also directed the Parties to consider whether they wish to engage in a second settlement conference, either with the undersigned or, in the event of unanimous consent to Magistrate Judge jurisdiction, with another of the Court's Magistrate Judges.

2

Accordingly,

IT IS HEREBY ORDERED that, on or before **January 5, 2024**, the Parties shall jointly contact the undersigned's Case Manager, Ms. Theresa Burch, via e-mail at Theresa_Burch@kywd.uscourts.gov to report whether they unanimously consent to referral of this matter to the undersigned, and if they desire to participate in a second settlement conference.

Colin H Lindsay, Magistrate Judge
United States District Court

December 18, 2023

cc: Counsel of record

0|15