UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAWEL M. KOZLOWSKI,                                                                                           Plaintiff,

v.                                                                                     Civil Action No. 3:21-cv-561-DJH

UNIVERSITY OF LOUISVILLE,                                                                               Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on December 3, 2024, with the following counsel participating:

    For Plaintiff:        Taylor J. Ferguson

    For Defendant:      Jeremy S. Rogers
                            Suzanne Marino

The Court and counsel discussed the procedural posture of the case as well as the development of ongoing settlement negotiations. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) All outstanding pretrial dates and deadlines are **VACATED**. This matter is **RESET** for trial by jury on **April 14, 2025, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky before Judge David J. Hale. Counsel shall be present in the courtroom by 9:00 a.m.

(2) No later than January 27, 2025, counsel shall:

    (a) File a list of exhibits intended to be used at trial.

    (b) Produce for inspection of opposing counsel, marked for identification, all exhibits and charts that will be used at trial.

    (c) Comply with FRCP 26(a)(3) as to witnesses and exhibits.

1

(d) File a pretrial brief containing a succinct statement of the facts of the case, questions of fact, and questions of law with citations.

(e) Submit agreed proposed jury instructions. For any instructions upon which the parties cannot agree, counsel shall submit proposed instructions with supporting authority.

(f) Submit proposed jury voir dire questions. The Court will conduct voir dire.

(g) Designate portions of depositions to be used at trial. Opposing counsel shall have five (5) days thereafter to make additional designations.

In the absence of good cause shown, no witness shall be permitted to testify and no exhibit or testimony shall be admitted into evidence except upon compliance with the conditions of this Order.

Any exhibit or chart so submitted and marked for filing at trial shall be admitted into evidence if otherwise competent, unless written objections are filed at or before the pretrial conference.

(3) The Court will set a final pretrial conference in this matter by subsequent Order.

(4) Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is **REFERRED** to Magistrate Judge H. Brent Brennenstuhl to conduct settlement conference. The mediation **SHALL** be completed by February 28, 2025. Judge Brennenstuhl is authorized to conduct status conferences and set the conditions for the settlement conference in his discretion.

December 5, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg