UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| PAWEL M. KOZLOWSKI | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:21-cv-561-DJH-CHL |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF LOUISVILLE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**JOINT NOTICE OF FILING PROPOSED JURY INSTRUCTIONS**

Plaintiff Pawel M. Kozlowski and Defendant University of Louisville, by counsel, and pursuant to the December 6, 2024 Order (DN 91), hereby provide notice to the Court that the parties filed their joint proposed jury instructions on August 8, 2024 as DN 81-1. For any instructions upon which the parties cannot agree, as provided for in the Court's order, each party has submitted a proposed instruction with supporting authority. The parties respectfully request this Court charge the jury in accordance with the proposed joint instructions filed at DN 81-1.

\*   \*   \*

Respectfully submitted,

/s/ *Suzanne Marino*
Jeremy S. Rogers
Suzanne M. Marino
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
502-581-8000
Jeremy.rogers@dinsmore.com
Suzanne.marino@dinsmore.com
*Counsel for Defendant University of Louisville*


/s/ *Taylor Ferguson (with permission)*
Andrew Dutkanych III
Taylor J. Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware St.
Indianapolis, IN 46204
Telephone:	(317) 991-4765
Facsimile:	(812) 424-1005
E-Mail:	ad@bdlegal.com
	tferguson@bdlegal.com
*Counsel for Plaintiff Pawel Kozlowski*