## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**PAWEL M. KOZLOWSKI**                                                      **Plaintiffs**

**v.**                           **Civil Action No. 3:21cv-00561-DJH**

**UNIVERSITY OF LOUISVILLE**                                   **Defendant**

\* \* \* \* \*

## ORDER

Due to the schedules of counsel and their representatives prior to the trial of this action, the Court has agreed to conduct the rescheduled settlement conference via Zoom.

**IT IS ORDERED** the settlement conference is hereby scheduled to be conducted **on February 28, 2025, commencing at 1:00 p.m., EST.** The settlement conference shall be conducted via **video/audio conference (ZOOM)**. The Court will provide the parties with the Zoom link prior to the settlement conference. In addition to counsel who will try the case, the parties and a person with full settlement authority for the parties must be present **via video and audio** for the duration of the conference. If a party is a government entity, it shall appear by the presence of a representative with full authority to negotiate on behalf of the entity and to recommend settlement to the appropriate decision-making body or officer of the entity. **A PERSON WITHOUT AUTONOMOUS SETTLEMENT AUTHORITY DOES NOT MEET THIS REQUIREMENT.**[1] "Autonomous settlement

---

[1] *See e.g.* Shields v. Golden Corral Corp., 3:15-CV-371-DJH-CHL, 2017 U.S. Dist. LEXIS 112455 (W.D. Ky. June 12, 2017) (Imposing sanctions for appearing at settlement conference with third-party claims administrator with predetermined cap on authority rather than actual corporate representative); Lethiot v. JB Hunt Shipping, No. 3:14-CV-488-CRS, 2017 U.S. Dist. LEXIS 110989 (W.D. Ky. July 18, 2017) (Imposing sanctions for defendant's delegation of limited settlement authority to counsel rather than appearing in person); Holly v. UPS Supply Chain Solutions, Inc., 3:13-CV-980-DJH-CHL, 2015 U.S. Dist. LEXIS 189479 (W.D. Ky. March 27, 2015) (Imposing sanctions for appearing at settlement conference with representative who had to "call the home office" to obtain variance from a predetermined cap on authority in violation of settlement conference order.).

authority" means the person in attendance is the decision maker, who has the authority to change the party's position without seeking further authorization. If your representative must "make a call," then you are bringing the wrong person. The fact that the parties engage in the settlement conference, any offers which may have been exchanged or any information or opinions disclosed by the Magistrate Judge during the settlement conference are confidential and may not be disclosed to anyone.

    ENTERED this February 21, 2025

H. Brent Brennenstuhl<br>
United States Magistrate Judge

Copies to:    Counsel
             Natalie Thompson, Case Manager