# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**PAWEL M. KOZLOWSKI**                                                                 **Plaintiffs**

**v.**                                                          Civil Action No. 3:21cv-00561-DJH

**UNIVERSITY OF LOUISVILLE**                                                           **Defendant**

* * * * *

## ORDER

A settlement conference was held in this matter on February 28, 2025, via video/audio conference, commencing at 2:00 p.m., EST, and ending at approximately 4:05 p.m., EST. Those appearing at the conference were as follows:

| | |
|---|---|
| For the Plaintiff: | Taylor J. Ferguson, Attorney<br>Elizabeth Gatten, Attorney<br>Pawel M. Kozlowski, Plaintiff |
| For the Defendant: | Jeremy S. Rogers, Attorney<br>Suzanne Marino, Attorney<br>Hannah Satram-Hale<br>Carcyle Rochester-Barrett<br>Angela Curry |

Following negotiations between the Court and counsel and/or the parties, the parties were unable to reach a settlement of the case.

ENTERED this March 3, 2025

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:   Counsel
             Natalie Thompson, Case Manager

2|05

1