UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAWEL M. KOZLOWSKI,	Plaintiff,

v.	Civil Action No. 3:21-cv-561-DJH

UNIVERSITY OF LOUISVILLE,	Defendant.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 21, 2025, with the following counsel participating:

| | |
|---|---|
| For Plaintiff: | Taylor J. Ferguson |
| For Defendant: | Jeremy S. Rogers<br>Suzanne Marino |

The Court and counsel discussed the procedural posture of the case. The Court advised counsel to be prepared at the final pretrial conference to discuss settlement, juror questionnaire responses, and jurors the parties may agree to be excused for-cause prior to trial. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **SET** for a final pretrial conference on **April 8, 2025, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. All parties, authorized representatives, and counsel who plan to participate in the trial of this matter **SHALL** be present for the conference.

March 21, 2025

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg