**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **PAWEL M. KOZLOWSKI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:21-CV-561-BJB-CHL |
| | ) |
| **UNIVERSITY OF LOUISVILLE,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Pawel Kozlowski, and Defendant, University of Louisville, through counsel of record, hereby notify the Court that they have agreed to settle this matter. The Parties request that the Court stay all deadlines for 45 days so the Parties may finalize their agreement and file a joint stipulation of dismissal.

**Date:** April 4, 2025

Respectfully submitted:

By:  /s/ Taylor J. Ferguson_____
Andrew Dutkanych III
Taylor J. Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware St.
Indianapolis, IN 46204
Telephone:   (317) 991-4765
Facsimile:   (812) 424-1005
E-Mail:   ad@bdlegal.com
          tferguson@bdlegal.com
*Counsel for Plaintiff*

By:  /s/ Jeremy S. Rogers (w/ permission)____
Jeremy S. Rogers
Suzanne M. Marino
DINSMORE & SHOHL LLP
jeremy.rogers@dinsmore.com
suzanne.marino@dinsmore.com
*Counsel for University of Louisville*

1