UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAWEL M. KOZLOWSKI,                                              Plaintiff,

v.                                        Civil Action No. 3:21-cv-561-DJH-CHL

UNIVERSITY OF LOUISVILLE,                                    Defendant.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 109), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    This action is **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of entry of this Order in the event the settlement is not consummated.

(2)    The final pretrial conference, currently set for April 8, 2025, and the trial of this matter, currently set for April 14, 2025, are **REMANDED** from the Court's docket and **CANCELLED**. All dates and deadlines previously set in this matter are **VACATED**.

April 4, 2025

David J. Hale, Judge
United States District Court