# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **PAWEL M. KOZLOWSKI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:21-CV-561-BJB-CHL |
| | ) |
| **UNIVERSITY OF LOUISVILLE,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Pawel Kozlowski, and Defendant, University of Louisville, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate that the above captioned matter be dismissed with prejudice.

Each party shall bear his, or its, own attorney fees and costs.

Respectfully submitted June 9, 2025.

By: _/s/ Taylor J. Ferguson_
Andrew Dutkanych III
Taylor J. Ferguson
BIESECKER DUTKANYCH & MACER, LLC
E-Mail:      ad@bdlegal.com
                   tferguson@bdlegal.com
*Counsel for Plaintiff*

By: _/s/ Jeremy S. Rogers (w/ permission)_
Jeremy S. Rogers
Suzanne M. Marino
DINSMORE & SHOHL LLP
jeremy.rogers@dinsmore.com
suzanne.marino@dinsmore.com
*Counsel for University of Louisville*