UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAWEL M. KOZLOWSKI,     Plaintiff,

v.     Civil Action No. 3:21-cv-561-DJH-CHL

UNIVERSITY OF LOUISVILLE,     Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 113) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

June 10, 2025

*[Signature]*

David J. Hale, Judge
United States District Court